Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

Order Filed on June 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Robert J Minard, <br> Jennifer A Minard, <br><br> Debtors. | Case No. 22-17351-ABA <br><br> Judge: Andrew B. Altenburg Jr |

### CONSENT ORDER VACATING AUTOMATIC STAY AS TO THE REAL PROPERTY LOCATED AT 337 CHURCH ROAD, BRICK, NEW JERSEY 08723

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

DATED: June 21, 2024

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Debtors: Robert J Minard
Case No.: 22-17351-ABA
Caption of Order: **CONSENT ORDER VACATING AUTOMATIC STAY AS TO THE REAL PROPERTY LOCATED AT 337 CHURCH ROAD, BRICK, NEW JERSEY 08723**

---

Mortgage Assets Management, LLC f/k/a Reverse Mortgage Solutions, Inc. ("Secured Creditor") having applied for an Order Vacating Automatic Stay with respect to the property known 337 Church Road, Brick, New Jersey 08723 ("Property"), and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. The automatic stay be and is hereby vacated under 11 U.S.C. 362(d) to permit Secured Creditor to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 337 Church Road, Brick, New Jersey 08723.

2. That the relief granted by this Order shall and hereby is effective immediately and not subject to the 14 day waiting period set forth in Rule 4001(a)(3).

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor

By: /s/ Laura Egerman
    Laura Egerman

Date: 06/12/2024

Sadek Law Offices, LLC
Attorney for the Debtors

By: _____
    Brad J. Sadek

Date: 6/11/24